UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

CHRISTOPHER JAMES GORDON,

    Respondent.

_____/

MISC. NO. 07-X-50772

HON. PAUL D. BORMAN

## STIPULATED ORDER AND JUDGMENT

IT IS HEREBY STIPULATED AND AGREED to by the parties, United States of America, and the respondent, Christopher James Gordon, by and through their undersigned attorneys as follows:

IT IS ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, Christopher James Gordon, will appear before Revenue Officer Michael Bryant or his designated representative at 12:00 noon on February 29, 2008, at 1270 Pontiac Road, Pontiac, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records,

papers and other data demanded by the attached summons served upon Christopher James Gordon, on May 31, 2007, the examination to continue from day to day until completed.

STEPHEN J. MURPHY
United States Attorney

/s/ Jerry R. Abraham (w/consent)
JERRY R. ABRAHAM (P-45768)
Counsel for the Respondent
30500 Northwestern Hwy.
Suite 410
Farmington Hills, MI 48334
(248) 539-5040

/s/ William L. Woodard
WILLIAM L. WOODARD (P-27404)
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9786

Dated:

IT IS SO ORDERED.

PAUL D. BORMAN
United States District Judge

Entered:



# Summons

## Collection Information Statement

In the matter of  Christopher James Gordon
Internal Revenue Service *(Identify Division)*  Small Business/Self Employed
Industry/Area *(Identify by number or name)*  Small Business/Self Employed - Midwest Area
Periods:  December 31, 2003

**The Commissioner of Internal Revenue**

To:  Christopher James Gordon
At:  3806 Hardyke, Commerce Township, MI 48382-1911

You are hereby summoned and required to appear before Michael Bryant, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From January 1, 2007  To June 20, 2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

1270 Pontiac Road, Stop 79, Pontiac, MI 48340-2238  (248) 874-2235

Place and time for appearance: At  1270 Pontiac Road, Stop 79, Pontiac, MI 48340-2238

**IRS**

on the  20th  day of  June , 2007 at 10:00 o'clock A m.

Issued under authority of the Internal Revenue Code this  31st  day of  May , 2007

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev. 10-2006)
Catalog Number 25000Q

Signature of issuing officer        Revenue Officer
                                     Title

Signature of approving officer *(if applicable)*        Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| May 31, 2007 | 9:23 AM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature  Michael Bryant | Title: Revenue Officer |
|---|---|

I certify that the copy of the summons served contained the required certification.

| Signature  Michael Bryant | Title: Revenue Officer |
|---|---|

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)