UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                          MISC. NO. 07-X-50772

-vs-

                                          HON. PAUL D. BORMAN

CHRISTOPHER JAMES GORDON,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Christopher James Gordon, has complied with the Internal Revenue Service Summons served upon him on May 31, 2007, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Christopher James Gordon by the petitioner is hereby dismissed without prejudice and without costs.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 4, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 4, 2008.

                                                s/Denise Goodine
                                                Case Manager